## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:20-CR- |
| | : | |
| v. | : | (JUDGE          ) |
| | : | |
| ELISEO SIERRA, | : | |
| Defendant | : | |

## INFORMATION

### COUNT 1
(Federal program theft)

THE UNITED STATES ATTORNEY CHARGES:

On or about May 13, 2014, in the Middle District of Pennsylvania,

the defendant,

### ELISEO SIERRA,

being an agent of an organization, Lincoln Charter School, which

received in the one-year period beginning January 1, 2014, benefits in

excess of $10,000 under grants funded by the U.S. Department of

Education, embezzled and stole property worth at least $5,000 and

owned by and under the care, custody, and control of such organization,

that is, $34,432.

All in violation of Title 18, United States Code, Section 666(a)(1)(A).


DAVID J. FREED
UNITED STATES ATTORNEY

CARLO D. MARCHIOLI
ASSISTANT U.S. ATTORNEY

Date: 5/19/2020

2