**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal No. 1:20-CR-** |
| | ) | |
| **v.** | ) | **(Judge          )** |
| | ) | |
| **ELISEO SIERRA** | ) | |

**P R A E C I P E**

TO:   PETER J. WELSH

SIR:

Please issue a summons against the above-named individual in accordance

with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure.

Counsel for the defendant has agreed to accept service of this summons on behalf of

the defendant through the U.S. mail at the following address: Francis J. Masciocchi,

Esquire, 309 Fellowship Road, Suite 200, Mt. Laurel Township, NJ 08054.

DAVID J. FREED
United States Attorney

Dated:   05/19/2020

s/ Carlo D. Marchioli
Carlo D. Marchioli
Assistant U.S. Attorney
Attorney I.D. No. PA 309217
228 Walnut Street, Suite 220
Harrisburg, PA 17101
Tel: 717-221-4482
Fax: 717-221-4493